## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 17-51611 |
| | § | |
| CJ MICHEL INDUSTRIAL SERVICES, LLC | § § § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Michael L. Baker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $401,803.85 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $68,571.41 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $84,208.01 | | |

3) Total gross receipts of $152,779.42 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $152,779.42 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $358,576.01 | $88,507.10 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $19,161.36 | $19,161.36 | $19,161.36 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $228,044.28 | $126,767.70 | $65,046.65 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $8,998.36 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $447,029.25 | $383,275.90 | $68,571.41 |
| **Total Disbursements** | $0.00 | $1,061,809.26 | $617,712.06 | $152,779.42 |

4). This case was originally filed under chapter 11 on 08/10/2017. The case was converted to one under Chapter 7 on 04/15/2019. The case was pending for 52 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/17/2021            By:   /s/ Michael L. Baker
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Global Surety, LLC | 1180-002 | $282.00 |
| Turnover of proceeds from Chapter 11 Estate - | 1229-000 | $152,497.42 |
| **TOTAL GROSS RECEIPTS** | | $152,779.42 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE


## EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | THE HUNTINGTON NATIONAL BANK | 4210-000 | $0.00 | $45,324.36 | $45,324.36 | $0.00 |
| 6 | AMERICREDIT FINANCIAL SERVICES, INC. | 4210-000 | $0.00 | $39,350.00 | $39,350.00 | $0.00 |
| 6a | AMERICREDIT FINANCIAL SERVICES, INC. | 4210-000 | $0.00 | $3,832.74 | $3,832.74 | $0.00 |
| 7 | AMERICREDIT FINANCIAL SERVICES, INC. | 4210-000 | $0.00 | $42,923.99 | $0.00 | $0.00 |
| 8 | WELLS FARGO BANK N.A., D/B/A WELLS FARGO DEALER SE | 4210-000 | $0.00 | $30,240.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO BANK, N.A., D/B/A WFDS | 4210-000 | $0.00 | $30,090.00 | $0.00 | $0.00 |
| 10 | WELLS FARGO BANK N.A., | 4210-000 | $0.00 | $46,907.46 | $0.00 | $0.00 |
| 12 | WELLS FARGO BANK N.A., | 4210-000 | $0.00 | $46,907.46 | $0.00 | $0.00 |
| 26 | WELLS FARGO BANK N.A., D/B/A WELLS FARGO AUTO | 4210-000 | $0.00 | $18,175.00 | $0.00 | $0.00 |
| 27 | WELLS FARGO BANK N.A., D/B/A WELLS | 4210-000 | $0.00 | $18,175.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | FARGO AUTO | | | | | |
| 28 | WELLS FARGO BANK N.A., D/B/A WELLS FARGO AUTO | 4210-000 | $0.00 | $36,650.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $358,576.01 | $88,507.10 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael L. Baker, Trustee | 2100-000 | NA | $10,723.29 | $10,723.29 | $10,723.29 |
| Michael L. Baker, Trustee | 2200-000 | NA | $227.64 | $227.64 | $227.64 |
| International Sureties, Ltd. | 2300-000 | NA | $234.27 | $234.27 | $234.27 |
| Independent Bank | 2600-000 | NA | $2,126.85 | $2,126.85 | $2,126.85 |
| United States Trustee | 2950-000 | NA | $5,849.31 | $5,849.31 | $5,849.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $19,161.36 | $19,161.36 | $19,161.36 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael L. Baker, Trustee | 6101-000 | NA | $194.60 | $194.60 | $194.60 |
| Michael L. Baker, Trustee | 6102-000 | NA | $846.68 | $846.68 | $846.68 |
| TN DEPT OF LABOR - BUI C/O TN ATTORNEY GENERALS OFFICE BANKRUPTCY DIVISION | 6820-000 | NA | $2,284.32 | $2,284.32 | $2,284.32 |
| IRS, Other Operating | 6950-000 | NA | $123,442.10 | $123,442.10 | $61,721.05 |
| IRS | 6950-730 | NA | $101,276.58 | $0.00 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $228,044.28 | $126,767.70 | $65,046.65 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | TEXAS WORKFORCE | 5800-000 | $0.00 | $8,998.36 | $0.00 | $0.00 |

|  | COMMISSION |  |  |  |  |
|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $8,998.36 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | H&E EQUIPMENT SERVICES INC | 7100-000 | $0.00 | $5,480.05 | $5,480.05 | $997.97 |
| 3 | ACE FUNDING | 7100-000 | $0.00 | $169,110.00 | $169,110.00 | $30,796.43 |
| 4 | AIRGAS USA LLC | 7100-000 | $0.00 | $2,765.95 | $2,765.95 | $503.70 |
| 5 | RED-D-ARC INC | 7100-000 | $0.00 | $3,852.41 | $3,852.41 | $701.56 |
| 7A | AMERICREDIT FINANCIAL SERVICES, INC. | 7100-000 | $0.00 | $1,800.16 | $1,800.16 | $0.00 |
| 8a | WELLS FARGO BANK N.A., D/B/A WELLS FARGO DEALER SE | 7100-000 | $0.00 | $3,126.47 | $0.00 | $0.00 |
| 9a | WELLS FARGO BANK, N.A., D/B/A WFDS | 7100-000 | $0.00 | $463.27 | $0.00 | $0.00 |
| 11 | BALL'S CRANE SERVICE, LLC | 7100-000 | $0.00 | $4,935.00 | $4,935.00 | $0.00 |
| 13 | UNITED RENTALS, INC | 7100-000 | $0.00 | $11,601.94 | $11,601.94 | $2,112.82 |
| 14 | BLUELINE RENTAL | 7100-000 | $0.00 | $7,766.26 | $7,766.26 | $1,414.30 |
| 16 | TEXAS WORKFORCE COMMISSION | 7100-000 | $0.00 | $11,055.07 | $0.00 | $0.00 |
| 17 | DEEP SOUTH CRANE & RIGGING | 7100-000 | $0.00 | $16,005.00 | $16,005.00 | $2,914.65 |
| 18 | DEPARTMENT OF LABOR & INDUSTRY | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | WORLD GLOBAL FINANCING INC | 7100-000 | $0.00 | $149,900.00 | $149,900.00 | $27,298.12 |
| 20 | ACAR LEASING LTD | 7100-000 | $0.00 | $8,354.04 | $0.00 | $0.00 |
| 22 | TEXAS WORKFORCE COMMISSION | 7100-000 | $0.00 | $15,074.81 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | RED-D-ARC INC | 7100-000 | $0.00 | $6,957.00 | $0.00 | $0.00 |
| 24 | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL | 7100-000 | $0.00 | $10,059.13 | $10,059.13 | $1,831.86 |
| 26a | WELLS FARGO BANK N.A., D/B/A WELLS FARGO AUTO | 7200-000 | $0.00 | $6,812.31 | $0.00 | $0.00 |
| 27a | WELLS FARGO BANK N.A., D/B/A WELLS FARGO AUTO | 7200-000 | $0.00 | $9,119.53 | $0.00 | $0.00 |
| 28a | WELLS FARGO BANK N.A., D/B/A WELLS FARGO AUTO | 7200-000 | $0.00 | $2,790.85 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $447,029.25 | $383,275.90 | $68,571.41 |

**UST Form 101-7-TDR (10/1/2010)**

Case 17-51611-grs   Doc 348   Filed 12/30/21   Entered 12/30/21 21:42:33   Desc Main
Document   Page 7 of 10

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 17-51611 | Trustee Name: | Michael L. Baker |
| --- | --- | --- | --- |
| Case Name: | CJ MICHEL INDUSTRIAL SERVICES, LLC | Date Filed (f) or Converted (c): | 04/15/2019 (c) |
| For the Period Ending: | 12/17/2021 | §341(a) Meeting Date: | 05/17/2019 |
| | | Claims Bar Date: | 06/24/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Turnover of proceeds from Chapter 11 Estate - (u) | $0.00 | $152,497.42 | | $152,497.42 | FA |
| 2 | Chase bank account | $0.00 | $0.00 | | $0.00 | FA |
| 3 | PBK Account | $96.00 | $96.00 | | $0.00 | FA |
| 4 | Accounts receivable (collected during Chapter 11) | $303,212.17 | $68,495.00 | | $0.00 | FA |
| 5 | 2017 GMC Sierra 2500 HD VIN 4345 | $43,754.00 | $1,330.91 | OA | $0.00 | FA |
| 6 | 2017 GMC Sierra 2500 HD - 4213 | $43,754.00 | $1,076.00 | OA | $0.00 | FA |
| 7 | 2017 GMC Sierra 2500 HD 2902 | $43,754.00 | $0.00 | | $0.00 | FA |
| 8 | 2015 Cadillac CTS - leased (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| 9 | tools - part of order approving compromise - ECF 284 | $10,987.68 | $10,987.68 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
| --- | --- | --- | --- | --- |
| $445,557.85 | $234,483.01 | | $152,497.42 | $0.00 |

**Major Activities affecting case closing:**
04/08/2021    Trustee is examining claims; expects to file objections.  Case can be closed following that process.
04/02/2020    Trustee intends to object to claims; will close after that process is finished

| Initial Projected Date Of Final Report (TFR): | 10/31/2019 | Current Projected Date Of Final Report (TFR): | 12/31/2021 | /s/ MICHAEL L. BAKER |
| --- | --- | --- | --- | --- |
| | | | | MICHAEL L. BAKER |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-51611 | | | Trustee Name: | Michael L. Baker |
|---|---|---|---|---|---|
| Case Name: | CJ MICHEL INDUSTRIAL SERVICES, LLC | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0777 | | | Checking Acct #: | ******1611 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 8/10/2017 | | | Blanket bond (per case limit): | $14,500,000.00 |
| For Period Ending: | 12/17/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/16/2019 | (1) | Michael L. Baker, Chapter 11 Trustee | turnover of receipts from Chapter 11 estate | 1229-000 | $152,497.42 | | $152,497.42 |
| 05/16/2019 | 3001 | United States Trustee | Quarterly Fees Chapter 11, per Court Order (Doc. No. 309) | 2950-000 | | $5,849.31 | $146,648.11 |
| 06/20/2019 | | Global Surety, LLC | refund of bond premium | 1180-002 | $282.00 | | $146,930.11 |
| 06/20/2019 | 3002 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $67.26 | $146,862.85 |
| 06/19/2020 | 3003 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $55.29 | $146,807.56 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $214.08 | $146,593.48 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $213.77 | $146,379.71 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $213.46 | $146,166.25 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $213.15 | $145,953.10 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $212.84 | $145,740.26 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $212.53 | $145,527.73 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $212.22 | $145,315.51 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $211.91 | $145,103.60 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $211.60 | $144,892.00 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $211.29 | $144,680.71 |
| 06/16/2021 | 3004 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $111.72 | $144,568.99 |
| 08/31/2021 | 3005 | Michael L. Baker | Trustee Compensation | 2100-000 | | $10,723.29 | $133,845.70 |
| 08/31/2021 | 3006 | Michael L. Baker | Trustee Expenses | 2200-000 | | $227.64 | $133,618.06 |
| 08/31/2021 | 3007 | Michael L. Baker | Final  Claim #: ; | 6101-000 | | $194.60 | $133,423.46 |
| 08/31/2021 | 3008 | Michael L. Baker | Final  Claim #: ; | 6102-000 | | $846.68 | $132,576.78 |
| 08/31/2021 | 3009 | H&E EQUIPMENT SERVICES INC | Final  Claim #: 1; | 7100-000 | | $997.97 | $131,578.81 |
| 08/31/2021 | 3010 | ACE FUNDING | Final  Claim #: 3; | 7100-000 | | $30,796.43 | $100,782.38 |
| 08/31/2021 | 3011 | AIRGAS USA LLC | Final  Claim #: 4; | 7100-000 | | $503.70 | $100,278.68 |
| 08/31/2021 | 3012 | RED-D-ARC INC | Final  Claim #: 5; | 7100-000 | | $701.56 | $99,577.12 |
| 08/31/2021 | 3013 | UNITED RENTALS, INC | Final  Claim #: 13; | 7100-000 | | $2,112.82 | $97,464.30 |
| 08/31/2021 | 3014 | BLUELINE RENTAL | Final  Claim #: 14; | 7100-000 | | $1,414.30 | $96,050.00 |

| | | | | SUBTOTALS | $152,779.42 | $56,729.42 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-51611 | Trustee Name: | Michael L. Baker |
|---|---|---|---|
| Case Name: | CJ MICHEL INDUSTRIAL SERVICES, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0777 | Checking Acct #: | ******1611 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/10/2017 | Blanket bond (per case limit): | $14,500,000.00 |
| For Period Ending: | 12/17/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2021 | 3015 | DEEP SOUTH CRANE & RIGGING | Final Claim #: 17; | 7100-000 | | $2,914.65 | $93,135.35 |
| 08/31/2021 | 3016 | WORLD GLOBAL FINANCING INC | Final Claim #: 19; | 7100-000 | | $27,298.12 | $65,837.23 |
| 08/31/2021 | 3017 | IRS | Final Claim #: 21; | 6950-000 | | $61,721.05 | $4,116.18 |
| 08/31/2021 | 3018 | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL | Final Claim #: 24; | 7100-000 | | $1,831.86 | $2,284.32 |
| 08/31/2021 | 3019 | TN DEPT OF LABOR - BUI C/O TN ATTORNEY GENERALS OFFICE | Final Claim #: 25; | 6820-000 | | $2,204.32 | $80.00 |
| 08/31/2021 | 3020 | TN DEPT OF LABOR - BUI C/O TN ATTORNEY GENERALS OFFICE | Final Claim #: 25; | 6820-000 | | $80.00 | $0.00 |
| | | | **TOTALS:** | | $152,779.42 | $152,779.42 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $152,779.42 | $152,779.42 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $152,779.42 | $152,779.42 | |

| For the period of 8/10/2017 to 12/17/2021 | | For the entire history of the account between 04/16/2019 to 12/17/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $152,497.42 | Total Compensable Receipts: | $152,497.42 |
| Total Non-Compensable Receipts: | $282.00 | Total Non-Compensable Receipts: | $282.00 |
| Total Comp/Non Comp Receipts: | $152,779.42 | Total Comp/Non Comp Receipts: | $152,779.42 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $152,779.42 | Total Compensable Disbursements: | $152,779.42 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $152,779.42 | Total Comp/Non Comp Disbursements: | $152,779.42 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-51611 | Trustee Name: | Michael L. Baker |
|---|---|---|---|
| Case Name: | CJ MICHEL INDUSTRIAL SERVICES, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0777 | Checking Acct #: | ******1611 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/10/2017 | Blanket bond (per case limit): | $14,500,000.00 |
| For Period Ending: | 12/17/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $152,779.42 | $152,779.42 | $0.00 |

**For the period of 8/10/2017 to 12/17/2021**

| | |
|---|---|
| Total Compensable Receipts: | $152,497.42 |
| Total Non-Compensable Receipts: | $282.00 |
| Total Comp/Non Comp Receipts: | $152,779.42 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $152,779.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $152,779.42 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/15/2019 to 12/17/2021**

| | |
|---|---|
| Total Compensable Receipts: | $152,497.42 |
| Total Non-Compensable Receipts: | $282.00 |
| Total Comp/Non Comp Receipts: | $152,779.42 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $152,779.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $152,779.42 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ MICHAEL L. BAKER

MICHAEL L. BAKER